```
McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2709
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | Case No. MJ-05-180 GGH |
| ) | |
| SEALED ) | GOVERNMENT'S MOTION TO UNSEAL |
| ) | ARREST WARRANT AND COMPLAINT |
| _____ ) | COVER SHEET; ORDER |

The United States hereby moves this Court for an order unsealing the arrest warrant and complaint cover sheet. The defendant has been arrested and will make his first appearance on June 20, 2005, at 2:00 P.M.

For the reasons detailed in the affidavit underlying the complaint, the government requests that the affidavit remain under seal until further order of the court, with the exception that the government be permitted to provide a copy to defense counsel.

```
                                Respectfully submitted,

Dated: June 20, 2005            McGREGOR W. SCOTT
                                United States Attorney


                           By:  /s/ Camil A. Skipper
                                CAMIL A. SKIPPER
                                Assistant U.S. Attorney
```

///

///

1

ORDER

1. Upon application of the United States, good cause having been shown, IT IS HEREBY ORDERED that the arrest warrant and complaint cover sheet in the above-captioned matter be unsealed.

2. The government shall provide a copy of the affidavit underlying the complaint to defense counsel; otherwise, the affidavit shall remain under seal under further order of the Court.

Dated: June 20, 2005.

                    /s/ Peter A. Nowinski
                    PETER A. NOWINSKI
                    Magistrate Judge